Decided March 31, 2009

STATE OF CONNECTICUT *v.* JEROME F. MOORE

The defendant's petition for certification for appeal from the Appellate Court, 112 Conn. App. 569 (AC 29099), is denied.

*Daniel C. Ford*, special public defender, in support of the petition.

*Sarah Hanna*, deputy assistant state's attorney, in opposition.

Decided March 31, 2009

THOMAS COSTANZO *v.* F. SCOTT GRAY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 112 Conn. App. 614 (AC 29228), is denied.

MCLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Philip F. von Kuhn*, in support of the petition.

*Richard A. O'Connor*, in opposition.

Decided March 31, 2009